437 A.2d 937

**COMMONWEALTH of Pennsylvania**

v.

**Mary Francis GEDDES, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 23, 1981.
Decided Dec. 17, 1981.

William A. Hebe, Willsboro, for appellant.

Rudolph J. Van der Hiel, Mansfield, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

### ORDER

PER CURIAM:

Judgments of sentence affirmed.